# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-2956
LT Case No. 2024-CF-001055-A

———————————————

SHANE PATRICK WEAVER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Marion County.
Robert William Hodges, Judge.

Matthew J. Metz, Public Defender, and Allison A. Havens, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Daniel P. Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.

September 5, 2025

PER CURIAM.

    Shane Patrick Weaver seeks review of his judgment and sentence in this *Anders** appeal. Having reviewed the record, we

---

* *Anders v. California*, 386 U.S. 738 (1967).

affirm as Weaver's judgment and sentence but note that the cost of the public defender application fee, which was pronounced at Weaver's sentencing directly following his trial, was not included in the cost order. We reverse solely for the entry of an amended judgment and sentence to correct for the amount of the public defender application fee. *See Fucci v. State*, 403 So. 3d 1091 (Fla. 5th DCA 2025); *see also Mneimne v. State*, 408 So. 3d 129 (Fla. 5th DCA 2025).

AFFIRMED, in part; REVERSED, in part; and REMANDED with instructions.

MAKAR and SOUD, JJ., concur.
PRATT, J., concurs in part and dissents in part, with opinion.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

PRATT, J., concurring in part, dissenting in part.

I concur in the panel's affirmance of the judgment and sentence, but I respectfully dissent from the panel's *sua sponte* correction of a scrivener's error in this *Anders* appeal. *See Flowers v. State*, 395 So. 3d 1077, 1078 (Fla. 5th DCA 2024) (Eisnaugle, J., concurring in part, dissenting in part).